JENNIE BAILEY, Appellant, v. VINCENT RUSSO and ROSE RUSSO, Respondents.— The plaintiff in her car going easterly on Market street in the city of Elmira was in collision with the defendant who had just come into Market street from Fox street to the south. The evidence presented an issue of fact as to which party was negligent. There were no legal errors that would require a reversal of the judgment in favor of the defendants. Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

JOHN J. O'LEARY, Appellant, v. LORING DAN and Others, Respondents.— Plaintiff's complaint was dismissed at the close of his evidence. There was a question of fact to be submitted to the jury. (Same facts in a previous appeal from an order denying plaintiff's motion for a summary judgment, 240 App. Div. 801.) Judgment and order reversed on the law and facts and new trial granted, with costs to the appellant to abide the event. Hill, P. J., McNamee and Bliss, JJ., concur; Crapser and Heffernan, JJ., dissent.

In the Matter of the Petition of the TRUSTEES OF THE FIRST METHODIST EPISCOPAL CHURCH OF WHITEHALL, Petitioner, Respondent, for a Determination of the Amount of Damages Sustained by Reason of a Change of Grade in Church Street in the Village of Whitehall, Appellant.— Appeal by defendant from a final judgment rendered in the Supreme Court, Washington county, adjudging that the plaintiff recover of the defendant $6,500 damages, $975 interest and $1,898.43 costs, amounting in all to $9,373.43. This is a proceeding for the assessment of damages to respondent's premises located in the village of Whitehall, under subdivision 2 of section 159 of the Village Law, caused by a change in grade of the village street in front of said premises in a grade crossing elimination proceeding pursuant to chapter 678 of the Laws of 1928. On a previous appeal our court affirmed an order appointing commissioners of appraisal (242 App. Div. 669). The case now comes back to us upon an appeal from a judgment entered upon the report of the commissioners of appraisal appointed under subdivision 2 of section 159 of the Village Law, and directing payment of the damages awarded, with interest and costs. Judgment reversed on the law and petition dismissed, with costs, on the authority of *Matter of Atherton* v. *Village of Allegany* (270 N. Y. 525). Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.